**Order entered August 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00709-CV
### No. 05-19-00711-CV

**IN THE INTEREST OF I.S. , ET AL., CHILDREN**
**AND**
**IN THE INTEREST OF J.L., JR., ET AL., CHILDREN**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-14-10695 and DF-17-19273**

## ORDER

As ordered to do so, appellant has provided written verification she has requested the reporter's record. Accordingly, we **ORDER** Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, to file the reporter's record no later than August 19, 2019. Because this is an accelerated appeal in a parental termination case, the trial court must arrange for a substitute reporter if necessary to ensure the timely filing of the record. *See* TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Ashley Wysocki, Presiding Judge of the 254th Judicial District Court; Ms. Saavedra; and the parties.

/s/     KEN MOLBERG
JUSTICE